IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HENRY GRAJALES, JR. | * | |
| | * | |
| v. | * | Civil No. – JFM-14-3822 |
| | * | |
| CAROLYN COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | |

******

## MEMORANDUM

Plaintiff has filed this action seeking to have the Commissioner of Social Security change his name on Social Security records. Defendants has filed a motion to dismiss, to which plaintiff has responded. The motion will be granted.

At the outset, it is to be noted that initially it appeared that plaintiff was seeking to institute a class action. However, in his responsive memorandum, that claim has been abandoned. In accordance with statute, regulations, and internal policy, the Social Security Administration requires that in order for a name change to be effected on the records of Social Security, it is necessary that a person have his person legally changed pursuant to state law. Maryland law does provide a means for plaintiff to change his name. Under these circumstances it would be inappropriate for the Social Security Administration to use a name in its records that does not comply with state law and its own governing statute, regulations, and policy.

A separate order granting defendant's motion is being entered herewith.

Date: 4/9/15

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2015 APR -9 AM 11:31
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED

1